**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andre Raymelle WATLEY, Petitioner**

**No. 69 MAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Francisco PEREZ, Petitioner**

**No. 48 MAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Alvin S. KANOFSKY, Petitioner**

v.

**CITY OF BETHLEHEM, Respondent**

**No. 11 MAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**